# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-0051-MMD-CBC |
| Plaintiff, | **Order Granting Motion to Dismiss the Indictment Without Prejudice** |
| v. | |
| MIGUEL ORLANDO ESTRADA-YEPIZ, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against Defendant Miguel Orlando Estrada-Yepiz.

NICHOLAS A. TRUTANICH
United States Attorney

*s/* Peter Walkingshaw
PETER WALKINGSHAW
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this __14th__ day of __October__, 2019.

HONORABLE MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE